■ TINA MASTROCOLA et al., Appellants, v COUNTY OF NASSAU et al., Respondents. [756 NYS2d 794] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from a judgment of the Supreme Court, Nassau County (Martin, J.), dated September 24, 2001, which, upon a jury verdict in favor of the defendants and against them, dismissed the complaint.

Ordered that the judgment is affirmed, with one bill of costs.

It is well settled that for a court to conclude that a jury verdict is unsupported by sufficient evidence as a matter of law, there must be "no valid line of reasoning and permissible inferences which could possibly lead rational [people] to the conclusion reached by the jury on the basis of the evidence presented at trial" (*Cohen v Hallmark Cards,* 45 NY2d 493, 499 [1978]). Moreover, a jury verdict in favor of a defendant should not be set aside as against the weight of the evidence and a new trial ordered unless "the jury could not have reached the verdict on any fair interpretation of the evidence" (*Nicastro v Park,* 113 AD2d 129, 134 [1985]). In this case, there is no basis to overturn the verdict (*see Aprea v Franco,* 292 AD2d 478 [2002]; *Nicastro v Park, supra*).

The plaintiffs' remaining contentions either are unpreserved for appellate review or without merit. Altman, J.P., Goldstein, Luciano and H. Miller, JJ., concur.